Vern E. Alden, Appellee, v. Henry A. Stromsem, Harold J. Stromsem and Clemens U. Brinkman, Appellants.

Gen. No. 45,504.

Rothbart & Rosenfield, for certain appellants; Clemens U. Brinkman, *pro se;* Edward Rothbart, Julius M. Rosenfield, Joseph Stein, and Thomas E. Moran, of counsel; Baker, McKenzie & Hightower, for appellee; Andrew W. Brainerd, and John C. McKenzie, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed June 25, 1952; released for publication July 8, 1952.

222 East Chestnut Street Corporation, Appellant, v. W. Philip McNulty, Appellee.

Gen. No. 45,721.

439